womblebonddickinson.com



February 10, 2024

Womble Bond Dickinson (US) LLP

550 South Main Street
Suite 400
Greenville, SC 29601

t:  864.255.5400
f:  864.255.5440

**Via Electronic Filing**

Dave Maxfield, Esq.
Dave Maxfield, Attorney, LLC
P.O. Box 11865
Columbia, SC 29211

Jason Wyman
Counsel
Direct Dial: 864-255-5421
Direct Fax: 864-239-5871
E-mail:
Jason.Wyman@wbd-us.com

**Re:**   *Brian Daniel v. Wells Fargo Bank, NA*
         **Civil Action No. 3:24-cv-00664-JFA**

Dear Dave:

    This letter confirms our telephone conversation of February 9, 2024, whereby you agreed to extend the time for Defendant Wells Fargo Bank, NA ("Wells Fargo") to answer or otherwise respond to the Complaint by an additional seven days. The current due date for Wells Fargo to respond to the Complaint is February 16, 2024. Based on the extension, Wells Fargo's new responsive pleading deadline is **February 23, 2024**.

    As always, thank you for the courtesy.

Sincerely,

**Womble Bond Dickinson (US) LLP**

/s/ Jason D. Wyman

Jason Wyman
Counsel

JDW/

Womble Bond Dickinson (US) LLP is a member of Womble Bond Dickinson (International) Limited, which consists of independent and autonomous law firms providing services in the US, the UK, and elsewhere around the world. Each Womble Bond Dickinson entity is a separate legal entity and is not responsible for the acts or omissions of, nor can bind or obligate, another Womble Bond Dickinson entity. Womble Bond Dickinson (International) Limited does not practice law. Please see www.womblebonddickinson.com/us/legal-notice for further details.